**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |

**1. Your full name**

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

About Debtor 1:

**Jimmy**
First Name

**Ray**
Middle Name

**Lewis**
Last Name

**Jr.**
Suffix (Sr., Jr., II, III)

About Debtor 2 (Spouse Only in a Joint Case):

**Dorina**
First Name

**Joy**
Middle Name

**Lewis**
Last Name

_____
Suffix (Sr., Jr., II, III)

**2. All other names you have used in the last 8 years**

Include your married or maiden names and any assumed, trade names and "doing business as" names.

Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition.

First Name

Middle Name

Last Name

First Name

Middle Name

Last Name

Business name (if applicable)

Business name (if applicable)

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**3.** Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)

About Debtor 1:
xxx – xx – __2__ __2__ __3__ __3__

OR

9xx – xx – ____ ____ ____ ____

About Debtor 2 (Spouse Only in a Joint Case):
xxx – xx – __4__ __4__ __2__ __7__

OR

9xx – xx – ____ ____ ____ ____

**4.** Your Employer Identification Number (EIN), if any.

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5.** Where you live

**141 W. Robindale**
Number    Street

_____

**Bandera**          **TX**    **78003**
City              State    ZIP Code

**Bandera**
County

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____
City              State    ZIP Code

_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

**Same**
Number    Street

_____
P.O. Box

_____
City              State    ZIP Code

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City              State    ZIP Code

**6.** Why you are choosing this district to file for bankruptcy

*Check one:*

- [x] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- [ ] I have another reason.  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

- [x] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- [ ] I have another reason.  Explain. (See 28 U.S.C. § 1408.)

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one:*  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

| 8. | How you will pay the fee | ☑ | **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
|  |  | ☐ | **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
|  |  | ☐ | **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____  When _____ Case number _____
                                              MM / DD / YYYY

District _____  When _____ Case number _____
                                              MM / DD / YYYY

District _____  When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____  Relationship to you _____

District _____  When _____ Case number, _____
                                              MM / DD / YYYY   if known

Debtor _____  Relationship to you _____

District _____  When _____ Case number, _____
                                              MM / DD / YYYY   if known

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**J. Lewis Design (d/b/a Bigfoot Land Prep)**
Name of business, if any

**141 W. Robindale**
Number     Street

| **Bandera** | **TX** | **78003** |
|---|---|---|
| City | State | ZIP Code |

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?
Number     Street

| | | |
|---|---|---|
| City | State | ZIP Code |

**Part 5:**     Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

    **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

        ☑ No.  Go to line 16b.
        ☐ Yes.  Go to line 17.

    **16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

        ☐ No.  Go to line 16c.
        ☑ Yes.  Go to line 17.

    **16c.** State the type of debts you owe that are not consumer or business debts.

    _____

**17. Are you filing under Chapter 7?**

    ☑ No.    I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☐ Yes.   I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

        ☐ No

        ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Jimmy Ray Lewis, Jr.**
Jimmy Ray Lewis, Jr., Debtor 1

Executed on **01/04/2024**
　　　　　MM / DD / YYYY

X **/s/ Dorina Joy Lewis**
Dorina Joy Lewis, Debtor 2

Executed on **01/04/2024**
　　　　　MM / DD / YYYY

| Debtor 1 | **Jimmy Ray Lewis, Jr.** | | |
|----------|--------------------------|---|---|
| Debtor 2 | **Dorina Joy Lewis** | Case number (if known) | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ William R. Davis, Jr.**     Date **01/04/2024**
Signature of Attorney for Debtor        MM / DD / YYYY

**William R. Davis, Jr.**
Printed name

**Langley & Banack, Inc.**
Firm Name

**745 E Mulberry Ave.**
Number      Street

**Suite 700**

| **San Antonio** | **TX** | **78212** |
|---|---|---|
| City | State | ZIP Code |

Contact phone **(210) 736-6600**     Email address **wrdavis@langleybanack.com**

**05565500**        **TX**
Bar number           State

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re  **Jimmy Ray Lewis, Jr.**                                     Case No.  _____
      **Dorina Joy Lewis**

                                                     Chapter    **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept............................................................  **$12,000.00**

    Prior to the filing of this statement I have received.......................................................  **$0.00**

    Balance Due...........................................................................................................  **$12,000.00**

2. The source of the compensation paid to me was:
    ☑ Debtor           ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor           ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/04/2024** | **/s/ William R. Davis, Jr.** | |
|---|---|---|
| *Date* | *William R. Davis, Jr.* | Bar No.  05565500 |
| | Langley & Banack, Inc. | |
| | 745 E Mulberry Ave. | |
| | Suite 700 | |
| | San Antonio, TX 78212 | |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 | |

---

**/s/ Jimmy Ray Lewis, Jr.**

*Jimmy Ray Lewis, Jr.*

**/s/ Dorina Joy Lewis**

*Dorina Joy Lewis*

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jimmy** | **Ray** | **Lewis, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dorina** | **Joy** | **Lewis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**  **Kubota Credit Corporation USA**
Creditor's name
**P.O. Box 2046**
Number        Street

**Grapevine**        **TX**        **76099**
City        State        ZIP Code

Contact

Contact phone

What is the nature of the claim?  _____        **$71,000.00**

As of the date you file, the claim is:        Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):        **$71,000.00**
          Value of security        −        **$0.00**
          Unsecured claim:        **$71,000.00**

**2**  **Randolph Brooks FCU**
Creditor's name
**P.O. Box 2097        [013739]**
Number        Street

**Universal City**        **TX**        **78148**
City        State        ZIP Code

Contact

Contact phone

What is the nature of the claim?  _____        **$64,218.00**

As of the date you file, the claim is:        Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):        **$118,218.00**
          Value of security        −        **$54,000.00**
          Unsecured claim:        **$64,218.00**

| Debtor 1 | **Jimmy Ray Lewis, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Dorina Joy Lewis** | | Case number (if known) _____ |

| | | | **Unsecured claim** |
|---|---|---|---|

**3** | **Security Service F.C.U.**
Creditor's name
**P.O. Box 27397**
Number      Street

**San Antonio**    **TX**    **78227-0397**
City      State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    **$28,000.00**

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes.   Total claim (secured and unsecured):   **$68,000.00**
     Value of security    −   **$40,000.00**
     Unsecured claim:    **$28,000.00**

---

**4** | **Kerr County F.C.U.**
Creditor's name
**500 Main St.**
Number      Street

**Kerrville**    **TX**    **78028**
City      State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    **$27,000.00**

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes.   Total claim (secured and unsecured):   **$72,000.00**
     Value of security    −   **$45,000.00**
     Unsecured claim:    **$27,000.00**

---

**5** | **A+ Federal CU**
Creditor's name
**6420 E. Highway 290**
Number      Street

**Austin**    **TX**    **78723**
City      State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    **$21,518.00**

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes.   Total claim (secured and unsecured):   **$48,518.00**
     Value of security    −   **$27,000.00**
     Unsecured claim:    **$21,518.00**

---

**6** | **JCB Finance**
Creditor's name
**655 Business Cener Dr.**
Number      Street

**Horsham**    **PA**    **19044**
City      State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    **$19,000.00**

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes.   Total claim (secured and unsecured):   **$79,000.00**
     Value of security    −   **$60,000.00**
     Unsecured claim:    **$19,000.00**

| Debtor 1 | Jimmy Ray Lewis, Jr. |
| Debtor 2 | Dorina Joy Lewis |

Case number (if known) _____

| | | Unsecured claim |
|---|---|---|

**7** | **JCB Finance**
Creditor's name

**655 Business Cener Dr.**
Number          Street

**Horsham          PA          19044**
City                State        ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  **$14,000.00**

As of the date you file, the claim is:      Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☐ No
☑ Yes.   Total claim (secured and unsecured):      **$84,000.00**
              Value of security                      –      **$70,000.00**
              Unsecured claim:                            **$14,000.00**

---

**8** | **JCB Finance**
Creditor's name

**655 Business Cener Dr.**
Number          Street

**Horsham          PA          19044**
City                State        ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  **$10,000.00**

As of the date you file, the claim is:      Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☐ No
☑ Yes.   Total claim (secured and unsecured):      **$70,000.00**
              Value of security                      –      **$60,000.00**
              Unsecured claim:                            **$10,000.00**

---

**9** | **Mercury Card Services**
Creditor's name

**P.O. Box 70168**
Number          Street

**Philadelphia          PA          19176-0168**
City                State        ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Credit card purchases**   **$3,080.32**

As of the date you file, the claim is:      Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes.   Total claim (secured and unsecured):      _____
              Value of security                      –      _____
              Unsecured claim:                            _____

---

**10** | **FB&T/Mercury**
Creditor's name

**P.O. Box 4499**
Number          Street

**Beaverton          OR          97076**
City                State        ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  **$3,080.00**

As of the date you file, the claim is:      Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes.   Total claim (secured and unsecured):      _____
              Value of security                      –      _____
              Unsecured claim:                            _____

| | | **Unsecured claim** |
|---|---|---|

**11** | **Bank of America** | **What is the nature of the claim?**     Credit card purchases | **$2,780.06**

Creditor's name
**P.O. Box 982238**
Number     Street
_____

**El Paso**     **TX**    **79998**
City     State   ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?**     Credit card purchases

**As of the date you file, the claim is:**     Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes.  Total claim (secured and unsecured):    _____
          Value of security        – _____
          Unsecured claim:         _____

---

**12** | **Kubota Credit Corporation USA** | | **$2,437.00**

Creditor's name
**P.O. Box 2046**
Number     Street
_____

**Grapevine**     **TX**    **76099**
City     State   ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:**     Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☑ Yes.  Total claim (secured and unsecured):    **$6,937.00**
          Value of security        – **$4,500.00**
          Unsecured claim:         **$2,437.00**

---

**13** | **The Home Depot** | | **$2,417.00**

Creditor's name
**5800 South Corp. Pl.**
Number     Street
_____

**Sioux Falls**     **SD**    **57108**
City     State   ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:**     Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes.  Total claim (secured and unsecured):    _____
          Value of security        – _____
          Unsecured claim:         _____

---

**14** | **Kubota Credit Corporation USA** | | **$2,400.00**

Creditor's name
**P.O. Box 2046**
Number     Street
_____

**Grapevine**     **TX**    **76099**
City     State   ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:**     Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☑ Yes.  Total claim (secured and unsecured):    **$2,400.00**
          Value of security        – **$0.00**
          Unsecured claim:         **$2,400.00**

|  |  |  | Unsecured claim |
|---|---|---|---|

**15** | **The Home Depot**
Creditor's name

**5800 South Corp. Pl.**
Number        Street

_____

**Sioux Falls       SD      57108**
City              State   ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Credit card purchases**    **$2,007.00**

**As of the date you file, the claim is:**    Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes.   Total claim (secured and unsecured):   _____
               Value of security        —          _____
               Unsecured claim:                    _____

---

**16** | **Apple Card**
Creditor's name

**11850 S. Electrion Rd.**
Number        Street

_____

**Draper            UT      84020**
City              State   ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Credit card purchases**    **$1,846.00**

**As of the date you file, the claim is:**    Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes.   Total claim (secured and unsecured):   _____
               Value of security        —          _____
               Unsecured claim:                    _____

---

**17** | **Merrick Bank**
Creditor's name

**P.O. Box 9201**
Number        Street

_____

**Old Bethpage      NY      11804**
City              State   ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Credit card purchases**    **$1,817.75**

**As of the date you file, the claim is:**    Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes.   Total claim (secured and unsecured):   _____
               Value of security        —          _____
               Unsecured claim:                    _____

---

**18** | **Internal Revenue Service**
Creditor's name

**P.O. Box 7346**
Number        Street

_____

**Philadelphia      PA      19101-7346**
City              State   ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Taxes**    **$1,800.00**

**As of the date you file, the claim is:**    Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes.   Total claim (secured and unsecured):   _____
               Value of security        —          _____
               Unsecured claim:                    _____

Debtor 1    Jimmy Ray Lewis, Jr.

Debtor 2    Dorina Joy Lewis
_____    Case number (if known) _____

|  |  | Unsecured claim |
|---|---|---|

**19**  **Credit One**  
Creditor's name  
**P.O. Box 31293**  
Number         Street  
_____  

**Salt Lake City         UT         84131**  
City                    State    ZIP Code  

_____  
Contact  

_____  
Contact phone  

**What is the nature of the claim?**    **Credit card purchases**          $1,436.57

**As of the date you file, the claim is:**    Check all that apply.

☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☑ None of the above apply  

**Does the creditor have a lien on your property?**  
☑ No  
☐ Yes.  Total claim (secured and unsecured):  _____  
          Value of security    **▬** _____  
          Unsecured claim:        _____

---

**20**  **Mercury Card Services**  
Creditor's name  
**P.O. Box 70168**  
Number         Street  
_____  

**Philadelphia         PA         19176-0168**  
City                    State    ZIP Code  

_____  
Contact  

_____  
Contact phone  

**What is the nature of the claim?**    **Credit card purchases**          $1,375.17

**As of the date you file, the claim is:**    Check all that apply.

☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☑ None of the above apply  

**Does the creditor have a lien on your property?**  
☑ No  
☐ Yes.  Total claim (secured and unsecured):  _____  
          Value of security    **▬** _____  
          Unsecured claim:        _____

---

**Part 2:**    **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.


X **/s/ Jimmy Ray Lewis, Jr.**_____    X **/s/ Dorina Joy Lewis**_____  
Jimmy Ray Lewis, Jr., Debtor 1                 Dorina Joy Lewis, Debtor 2

Date  **01/04/2024**_____                    Date  **01/04/2024**_____  
    MM / DD / YYYY                          MM / DD / YYYY

IN RE:   **Jimmy Ray Lewis, Jr.**                         CASE NO
            **Dorina Joy Lewis**

                                                CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/4/2024 _____          Signature   **/s/ Jimmy Ray Lewis, Jr.** _____

                                                                     *Jimmy Ray Lewis, Jr.*

Date  1/4/2024 _____          Signature   **/s/ Dorina Joy Lewis** _____

                                                                       *Dorina Joy Lewis*

A+ Federal CU
6420 E. Highway 290
Austin, TX  78723


ADS Comenity Zales
P.O. Box 18120
Columbus, OH  43218


ADS/Comenity
P.O. Box 182120
Columbus, OH  43218


Apple Card
Lock Box 6112
P.O. Box 7247
Philadelphia, PA  19170


Apple Card
11850 S. Electrion Rd.
Draper, UT  84020


Aspire
P.O. Box 105555
Atlanta, GA  30348-5555


Bank of America
P.O. Box 982238
El Paso, TX  79998


Best Buy
P.O. Box 78009
Phoenix, AZ  85062


Blaze Mastercard
P.O. Box 5096
Sioux Falls, SD  57117-5096

Capital One
P.O. Box 31293
Salt Lake City, UT  84131


CB/Indigo
P.O. Box 4499
Beaverton, OR  97076


CBNA/Home Depot
P.O. Box 6497
Sioux Falls, SD  57117


Comenity Capital/Academy
P.O. Box 182120
Columbus, OH  43218


Concora Credit
P.O. Box 4499
Beaverton, OR  97076-4499


Credit One
P.O. Box 31293
Salt Lake City, UT  84131


Credit One Bank
P.O. Box 98875
Las Vegas, NV  89193


Credit One Bank
P.O. Box 31293
Salt Lake City, UT  84131


Credit One Bank
P.O. Box 98872
Las Vegas, NV  89193

Discover Bank
P.O. Box 30939
Salt Lake City, UT  84130


DSRM National Bank
P.O. Box 300
Amarillo, TX  79105


Exxon Mobil/CBNA
P.O. Box 6497
Sioux Falls, SD  57117


FB&T Mercury Financial
P.O. Box 84064
Columbus, GA  31908


FB&T/Mercury
P.O. Box 4499
Beaverton, OR  97076


FEB Destiny/CCI
P.O. Box 4499
Beaverton, OR  97076


Home Depot
P.O. Box 9740
Macon,  GA  31297-9740


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346


JCB Finance
655 Business Cener Dr.
Horsham, PA  19044

```
Kerr County F.C.U.
500 Main St.
Kerrville, TX  78028


Kubota Credit Corporation USA
P.O. Box 2046
Grapevine, TX  76099


Kubota Credit Corporation, USA
P.O. Box 2046
Grapevine, TX  76099


Mahindra USA
8001 Birchwood Ct.
Johnston, IA  50131


Mercury Card Services
P.O. Box 70168
Philadelphia,PA  19176-0168


Merrick Bank
P.O. Box 9201
Old Bethpage, NY  11804


Merrick Bank Corp.
P.O. Box 9201
Old Beth Page, NY  11804


Mission Lane/Tab Bank
P.O. Box 105286
Atlanta, GA  30348


Pedernales Electric Corp.
P.O. Box 1
Johnson City, TX  78636-0001
```

Performance Finance
1515 W. 22nd St., Suite 100W
Oak Brook, IL  0523


Randolph Brooks FCU
P.O. Box 2097      [013739]
Universal City, TX  78148


Security Service F.C.U.
P.O. Box 27397
San Antonio, TX    78227-0397


Sheffield Financial
P.O. Box 25217
Winston/Salem, NC  27114


Shell Fleet Plus
P.O. Box 9001011
Louisville, KY  40290


Syncb/Ebay
P.O. Box 965013
Orlando, FL  32896


SYNCB/JC Penny
P.O. Box 71729
Philadelphia, PA  19176


Syncb/Lowes
P.O. Box 965005
Orlando, FL  32896


SYNCB/Polaris Consumer
P.O. Box 965073
Orlando, FL  32896

```
SYNCB/Verizon
P.O. Box 71737
Philadelphia, PA  19176


TBOM/ATLS/Aspire
5 Concourse Pkwy., Suite 400
Atlanta, GA  30328


TBOM/Milestone
P.O. Box 4499
Beaverton, OR  97076


The Bank of Missouri
P.O. Box 4499
Beaverton, OR  97076


The Home Depot
5800 South Corp. Pl.
Sioux Falls, SD  57108


Tractor Supply
5800 S. Corporate Place
Sioux Falls, SD  57108


Tractor Supply
P.O. Box 6403
Sioux Falls, SD  57117


United States Attorney
Taxpayer Division
601 N.W. Loop 410 Suite 600
San Antonio, TX 78216-5512


United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC  20530-0001
```

Upgrade
2 North Central Ave., 10th Fl.
Phoenix, AZ  85004


Web Bank
c/o Avant, LLC
222 Merchandise Mart Plz., Suite 900
Chicago, IL  60654-1105