UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 24-50029-MMP |
| | § | |
| JIMMY RAY LEWIS, JR., and wife, | § | |
| DORINA JOY LEWIS | § | (Chapter 11, Subchapter V) |
| DEBTORS | | |

**DEBTORS' AMENDED SUBCHAPTER V STATUS REPORT PER 11 U.S.C. § 1188(c)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COME NOW, Jimmy Ray Lewis, Jr., and wife, Dorina Joy Lewis, Debtors and Debtors-in-Possession in the above-styled and numbered Chapter 11 case (the "Debtors") and, in accordance with the provisions of 11 U.S.C. §1188(c), files this *Debtor's Subchapter V Status Report* (the "Report") and would respectfully show the Court as follows:

1. Nature of Business: Development construction – land preparation for mobile homes, land clearing and septic installation.

2. Location: 141 W. Robindale Rd., Bandera, TX 78003 (pre-petition lease with Deidre, Ltd. at the rate of $1,230.00/month – Debtors are current pre and post-petition).

3. Ownership Structure: Originally operated under d/b/a J. Lewis Design (still used with Titan Homes jobs; recently incorporated Bigfoot Land Prep, LLC and most business is performed through the LLC).

4. Type and Number of Employees: Independent contractors – 4 (both Debtors and son and son-in-law; Debtors are having trouble retaining additional labor).

5. Primary Cause of the Necessity to File Bankruptcy: Construction downturn as a result of high interest rates.

6. Filing of Required Documents and Compliance Matters:

   a. All Schedules and Statements filed: Yes ☒ No ☐

   b. Bankruptcy Rule 2015.3 documents filed: Yes ☒ No ☐

   c. Current on all required tax returns: Yes ☒ No ☐

   d. Required insurance in place and provided to U.S. Trustee: Yes ☒ No ☐

   e. Notice of Budget or Cash Collateral Motion filed: Yes ☐ No ☒

   f. Commenced payment of Sub V Trustee deposit: : Yes ☒ No ☐

   g. If you answered "No" to any subsection, briefly explain why the debtor is not in compliance and the date by which you anticipate resolution of the issue: The Debtors' business is cash basis and they have no cash collateral issues.

7. General Information about the Nature of Secured, Priority and Unsecured Debt:

   a. Secured Debt estimated total: $735,468.32

   b. Priority Debt estimated total: $750.00

   c. General Unsecured estimated total: $42,338.96

8. Status of Employment of Professionals: Application to Employ Langley & Banack, Inc. filed and the Order was entered on January 30, 2024.

9. Status of Discussions with Subchapter V Trustee: Counsel for the Debtors and Sub V Trustee have had discussions regarding operations, bankruptcy filing and reorganization efforts. More discussion will be forthcoming as a part of completing the Debtors' Subchapter V Plan of Reorganization.

10. Status of Any Cash Collateral, Adequate Protection, or Stay Relief Issues: None.

11. Goals of Reorganization of the Business: Refine and restructive operations as part of their Subchapter V Plan of Reorganization. The Debtors have decided to surrender three (3)

pieces of equipment to lenders as a part of their reorganization. The Debtors believe that they can utilize and afford to repay for the equipment that they are retaining.

12. Financial Projections Summary: Working on and expect to be finalized shortly.

13. Efforts Taken to Date and Status of Achieving Consensual Plan Confirmation: The Debtors, as a part of restructuring their operations, are reviewing all equipment to determine its necessity. That process has been completed and efforts for the consensual Plan treatment of the remaining equipment obligations are now underway.

14. Any Other Pertinent Information that Should be Brought to the Court's Attention: None.

Date; February 19, 2024.

/s/ William R. Davis, Jr.
WILLIAM R. DAVIS, JR.
State Bar No. 05565500
Langley & Banack, Inc.
745 E. Mulberry Ave., Suite 700
San Antonio, TX 78212
(210) 736-6600
wrdavis@langleybanack.com

Attorney for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2024, a true and correct copy of the above and foregoing instrument was mailed, first class, postage prepaid to the attached notice list.

/s/ *William R. Davis, Jr.*
WILLIAM R. DAVIS, JR.

Label Matrix for local noticing
0542-5
Case 24-50029-mmp
Western District of Texas
San Antonio
Mon Feb 19 15:19:21 CST 2024

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

A+ Federal CU
6420 E. Highway 290
Austin, TX 78723-1030

A+FEDERAL CREDIT UNION
PO BOX 14867
AUSTIN, TX 78761-4867

ADS Comenity Zales
P.O. Box 18120
Columbus, OH 43218

ADS/Comenity
P.O. Box 182120
Columbus, OH 43218-2120

Apple Card
11850 S. Electrion Rd.
Draper, UT 84020-6814

Apple Card
Lock Box 6112
P.O. Box 7247
Philadelphia, PA 19170-0001

Aspire
P.O. Box 105555
Atlanta, GA 30348-5555

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

(p)FIRST SAVINGS BANK   BLAZE
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

CB/Indigo
P.O. Box 4499
Beaverton, OR 97076-4499

CBNA/Home Depot
P.O. Box 6497
Sioux Falls, SD 57117-6497

Capital One
P.O. Box 31293
Salt Lake City, UT 84131-0293

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One N.A. by American InfoSource as a
4515 N. Santa Fe Ave
Oklahoma City, OK 73118-7901

Comenity Capital/Academy
P.O. Box 182120
Columbus, OH 43218-2120

Concora Credit
P.O. Box 4499
Beaverton, OR 97076-4499

Credit One
P.O. Box 31293
Salt Lake City, UT 84131-0293

Credit One Bank
P.O. Box 31293
Salt Lake City, UT 84131-0293

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Credit One Bank
P.O. Box 98875
Las Vegas, NV 89193-8875

DSRM National Bank
P.O. Box 300
Amarillo, TX 79105-0300

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Bank
P.O. Box 3025
New Albany OH 43054-3025

Discover Bank
P.O. Box 30939
Salt Lake City, UT 84130-0939

Exxon Mobil/CBNA
P.O. Box 6497
Sioux Falls, SD 57117-6497

FB&T Mercury Financial
P.O. Box 84064
Columbus, GA 31908-4064

| | | |
|---|---|---|
| FB&T/Mercury<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 | FEB Destiny/CCI<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 | Home Depot<br>P.O. Box 9740<br>Macon, GA 31297-9740 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JCB Finance<br>655 Business Cener Dr.<br>Horsham, PA 19044-3409 | Kerr County F.C.U.<br>500 Main St.<br>Kerrville, TX 78028-5380 |
| Kubota Credit Corporation USA<br>P.O. Box 2046<br>Grapevine, TX 76099-2046 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Mahindra USA<br>8001 Birchwood Ct.<br>Johnston, IA 50131-2889 | Mercury Card Services<br>P.O. Box 70168<br>Philadelphia,PA 19176-0168 | Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |
| Merrick Bank Corp.<br>P.O. Box 9201<br>Old Beth Page, NY 11804-9001 | Methodist Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| PNC Bank,NA, as succ. to PNC Equipment Finan<br>c/o Christopher V. Arisco<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, Texas 76102-3792 | Pedernales Electric Corp.<br>P.O. Box 1<br>Johnson City, TX 78636-0001 | Performance Finance<br>1515 W. 22nd St., Suite 100W<br>Oak Brook, IL 60523-2007 |
| Randolph Brooks FCU<br>P.O. Box 2097        013739<br>Universal City, TX 78148-2097 | SYNCB/JC Penny<br>P.O. Box 71729<br>Philadelphia, PA 19176-1729 | SYNCB/Polaris Consumer<br>P.O. Box 965073<br>Orlando, FL 32896-5073 |
| SYNCB/Verizon<br>P.O. Box 71737<br>Philadelphia, PA 19176-1737 | Security Service F.C.U.<br>P.O. Box 27397<br>San Antonio, TX    78227-0397 | Sheffield Financial<br>P.O. Box 25217<br>Winston/Salem, NC 27114 |
| Sheffield Financial, a division of Truist Ba<br>PO Box 1847<br>Wilson, NC 27894-1847 | Shell Fleet Plus<br>P.O. Box 9001011<br>Louisville, KY 40290-1011 | Syncb/Ebay<br>P.O. Box 965013<br>Orlando, FL 32896-5013 |
| Syncb/Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | TBOM/ATLS/Aspire<br>5 Concourse Pkwy., Suite 400<br>Atlanta, GA 30328-9114 | TBOM/Milestone<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 |

| | | |
|---|---|---|
| The Bank of Missouri<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 | The County of Leon, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | The County of Leon, Texas and<br>The County of Medina, Texas<br>c/o Julie Anne Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>POB 1269<br>Round Rock, TX 78680-1269 |
| The County of Leon, Texas and<br>The County of Medina, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | The County of Medina, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | The Home Depot<br>5800 South Corp. Pl.<br>Sioux Falls, SD 57108 |
| Tractor Supply<br>5800 S. Corporate Place<br>Sioux Falls, SD 57108-5027 | Tractor Supply<br>P.O. Box 6403<br>Sioux Falls, SD 57117-6403 | United States Attorney<br>Taxpayer Division<br>601 N.W. Loop 410 Suite 600<br>San Antonio, TX 78216-5512 |
| United States Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | Web Bank<br>c/o Avant, LLC<br>222 Merchandise Mart Plz., Suite 900<br>Chicago, IL 60654-1105 |
| Wells Fargo Equipment Finance, Inc.<br>600 South 4th St.<br>MACN 9300-100<br>Minneapolis, MN 55415-1526 | Wells Fargo Equipment Finance, Inc.<br>800 Walnut Street MAC F0005-055<br>Des Moines, IA 50309-3891 | Brad W. Odell<br>Mullin Hoard & Brown, LLP<br>1500 Broadway, Suite 700<br>Lubbock, TX 79401-3169 |
| Dorina Joy Lewis<br>141 W. Robindale<br>Bandera, TX 78003-3928 | Jimmy Ray Lewis Jr.<br>141 W. Robindale<br>Bandera, TX 78003-3928 | William R. Davis Jr<br>Langley & Banack, Inc.<br>745 E. Mulberry Ave, Suite 700<br>San Antonio, TX 78212-3172 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Best Buy<br>P.O. Box 78009<br>Phoenix, AZ 85062 | Blaze Mastercard<br>P.O. Box 5096<br>Sioux Falls, SD 57117-5096 | Mission Lane/Tab Bank<br>P.O. Box 105286<br>Atlanta, GA 30348 |
| Upgrade<br>2 North Central Ave., 10th Fl.<br>Phoenix, AZ 85004 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Kubota Credit Corporation, USA
P.O. Box 2046
Grapevine, TX 76099-2046

End of Label Matrix
Mailable recipients    77
Bypassed recipients     1
Total                  78