# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-50029-MMP |
| JIMMY RAY LEWIS, JR. | § | |
| DORINA JOY LEWIS | § | CHAPTER 11 |
| DEBTOR(S) | § | |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Kubota Credit Corporation (hereinafter referred to as "KCC"), a secured creditor in the above-entitled and numbered case, filing this its Objection to Confirmation of Chapter 11 Plan, and in support hereof represents:

1. The above-styled Debtor(s) filed a voluntary petition under Chapter 11 of Title 11, United States Bankruptcy Code, on January 4, 2024.

2. Debtor(s) is indebted to KCC pursuant to a Retail Installment Contract and Security Agreement (the "Agreement") that is secured by a properly perfected security interest in Motor Vehicle Lien described as a LOFTNESS 61BSLP60DP, VIN: 93-820 (the "Collateral").

3. KCC filed its proof of claim in the amount of $21,691.40, with pre-petition arrearage of $1,721.53 (the "Claim").

4. Debtor(s) Chapter 13 Plan (the "Plan") schedules the amount of the Claim at $21,691.40, values the Collateral at $10,000.00, and proposes repayment at an interest rate of 10.35% over the life of the Plan.

5. KCC objects to confirmation of the Plan because it understates the value of the Collateral. KCC states the current value of the Collateral is $14,552.87 based on market data and depreciation. The collateral was sold brand new for $22,359.00 on May 2, 2023.

WHEREFORE, PREMISES CONSIDERED, KCC prays that this Court deny confirmation of the Plan and grant it such other and further relief at law and in equity as is just.

    Respectfully submitted,
Bonial & Associates, P.C.

/s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for Kubota Credit Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 18th day of April 2024:

Debtor          *Via U.S. Mail*
Jimmy Ray Lewis, Jr.
141 W. Robindale
Bandera, TX 78003

Debtor          *Via U.S. Mail*
Dorina Joy Lewis
141 W. Robindale
Bandera, TX 78003

Debtor's Attorney
William R. Davis Jr.
Langley & Banack, Inc.
745 E. Mulberry Ave, Suite 700
San Antonio, TX 78212

US Trustee
Office of the U.S.Trustee
615 E. Houston Street, Suite 533
San Antonio, Texas 78205

Brad W. Odell
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, TX 79401

Brad W. Odell
Mullin Hoard & Brown, LLP
PO Box 2585
Lubbock, TX 79408

Christopher V. Arisco
Padfield & Stout, LLP
420 Throckmorton St #1210
Fort Worth, TX 76102

William P. Weaver, Jr
16607 Blanco Road #303
San Antonio, TX 78232

Julie A. Parsons
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX 78680

24-50029-MMP                              /s/ Chandra D. Pryor
                                                                 Hilary B. Bonial
                                                                 Chandra D. Pryor