IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 24-50029-MMP |
| JIMMY RAY LEWIS, JR. | § | CHAPTER 11 |
| DORINA JOY LEWIS | § | |
|     DEBTOR(S) | § | |
| | § | |
| KUBOTA CREDIT CORPORATION | § | |
|     MOVANT | § | |
| VS | § | |
| JIMMY RAY LEWIS, JR. | § | |
| DORINA JOY LEWIS | § | |
| AND , TRUSTEE | § | |
|     RESPONDENTS | § | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACT AGAINST COLLATERAL
AND WAIVER OF THIRTY-DAY HEARING REQUIREMENT**

**NOTICE**

> **THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**
>
> **IF NO RESPONSE IS FILED WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING.**
>
> **A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

    Comes now Kubota Credit Corporation (hereinafter referred to as "Movant"), its successors and/or assigns, a secured creditor in the above-entitled and numbered case, by and through its attorneys, to file this its Motion for Relief from Automatic Stay of Act against the Collateral ("Motion") against: Jimmy Ray Lewis, Jr. and Dorina Joy Lewis, Debtor(s) and , duly appointed Chapter 11 Trustee, hereinafter referred to respectively as "Debtor(s)" and "Trustee". In support thereof, Movant would respectfully represent to the Court as follows:

    1. On January 4, 2024, Debtor(s) filed a voluntary petition under Chapter 11 of the Bankruptcy Code. Subsequently, was appointed Trustee in this Chapter 11 case, qualified and is duly acting in such capacity.

    2. This Court has jurisdiction of this Motion by virtue of 11 USC §§105, 361 and 362 and 28 USC §§1334 and 157.

3. Movant is the holder of a Retail Installment Contract Consumer Use Only, Loan Number xxxxx1837, (the "Agreement"), signed by Jimmy Ray Lewis JR. Movant is secured under the Agreement by a properly perfected security interest in a LAND PRIDE AP-BR510, VIN: 1121370K (the "Collateral"). A true and correct copy of the Agreement, as well as the documents evidencing the security interest of Movant in the Collateral, are attached hereto as Exhibits "A" and "B".

4. By virtue of the Agreement, Movant is the holder of a secured claim against the Debtor.

5. Movant alleges that the automatic stay should be lifted for cause in that it lacks adequate protection of its interest in the Collateral as evidenced by the following:

   a. Debtor(s) are in default on their obligations to Movant in that Debtor(s) have failed to make installment payments when due and owing pursuant to the terms of the Agreement.

   b. As of April 22, 2024, the total indebtedness was $13,583.44

   Debtor(s) are in default on 5 contractual payments totaling $1,644.30:
   11/23/2023 to 12/23/2023 (2) at $328.86 each =           $657.72
   01/23/2024 to 03/23/2024 (3) at $328.86 each =           $986.58

   The amount of current monthly installment payment is $328.86

   c. Debtor(s) are unable to demonstrate that the Collateral is adequately insured post-petition.

   d. It is the Debtor(s) intention to surrender the Collateral.

6. According to the publication commonly relied upon by banks, insurance companies, government agencies, and dealers in determining the value of collateral, the present retail market value of the Collateral is $9,436.50.

7. The Debtor(s) has no equity in the Collateral.

8. Movant has had to retain counsel to represent it before this Court and is incurring attorneys' fees and court costs for which it is entitled to reimbursement under the terms of the Agreement.

9. For the above and foregoing reasons, Movant asserts cause exists sufficient to waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing Order to be effective upon this Honorable Court's signature.

WHEREFORE, PREMISES CONSIDERED, Movant prays that, upon hearing of this Motion, said automatic stay be terminated as to the claim of Movant, its successors and/or assigns, to permit Movant, its successors and/or assigns, to seek its statutory and other available remedies; that Movant, its successors and/or assigns, be permitted to obtain possession of the Collateral to the exclusion of Debtor(s); alternatively, Movant, its successors and/or assigns, be afforded adequate protection by including, but not limited to, having all payments presently due in this proceeding to Movant being brought current; and that Movant be granted such other and further relief, at law and in equity, as is just.

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for Kubota Credit Corporation

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 24th day of April 2024:

Debtor                  *Via U.S. Mail*
Jimmy Ray Lewis, Jr.
141 W. Robindale
Bandera, TX 78003

Debtor                  *Via U.S. Mail*
Dorina Joy Lewis
141 W. Robindale
Bandera, TX 78003

Debtor's Attorney
William R. Davis Jr.
Langley & Banack, Inc.
745 E. Mulberry Ave, Suite 700
San Antonio, TX 78212

US Trustee
Office of the U.S.Trustee
615 E. Houston Street, Suite 533
San Antonio, Texas 78205

Brad W. Odell
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, TX 79401

Brad W. Odell
Mullin Hoard & Brown, LLP
PO Box 2585
Lubbock, TX 79408

Christopher V. Arisco
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102

William P. Weaver, Jr
16607 Blanco Road #303
San Antonio, TX 78232

Julie A. Parsons
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX 78680

24-50029-MMP                                            /s/ Chandra D. Pryor
                                                                   Hilary B. Bonial
                                                                   Chandra D. Pryor