IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-50029-MMP |
| | § | |
| JIMMY RAY LEWIS, JR. AND | § | CHAPTER 11 |
| DORINA JOY LEWIS, | § | |
| | § | |
| DEBTORS | § | |

## OBJECTION OF PERFORMANCE FINANCE
## TO DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes PERFORMANCE FINANCE, a secured creditor in the above-entitled and numbered proceeding, hereinafter called Objector, and files this Objection to Confirmation of the Chapter 11 Plan of Reorganization proposed by Debtors herein, and would show the Court that Objector has not accepted the Plan proposed by Debtors and objects to the Plan for the following reasons and upon the following grounds:

1. Objector is a secured creditor of Debtors, holding a security interest in one (1) 2023 Polaris General XP 1000 Premium bearing serial number 3NSGXP995PM451449 by virtue of a Promissory Note, Disclosure and Security Agreement executed by DORINA JOY LEWIS on or about September 24, 2022.

2. As of the date of the bankruptcy filing, there was due and owing to Objector by the Debtors a payoff balance of $26,593.03. Interest continues to accrue on the unpaid principal as allowed by the contract.

3. On or about January 25, 2024, Objector filed its Proof of Claim in the amount of $26,593.03.

4. Objector has a secured claim for a principal amount, for which payment is not provided in full. The Plan proposed by Debtors schedules Objector to receive a value of $12,000.00

for its collateral, which is unreasonably low and denies Objector Adequate Protection. J.D. Power states average retail value of the collateral as $21,855.00. A copy of the J.D. Power valuation is attached hereto as Exhibit 1.

5. Objector accepts the proposed interest rate of 8.99% as stated in the Debtors' Chapter 13 Plan.

6. To the best of Objector's information, its collateral should not be subject to a cram-down as this vehicle is a recreational vehicle. Debtors have other vehicles for transportation. Objector's collateral does not appear to be necessary for the reorganization of Debtors' estate.

7. Objector has been forced by Debtors to retain legal counsel to protect its interest in this proceeding, and the Debtors should be ordered to pay reasonable attorney's fees to Objector.

8. The Plan proposed by Debtors should not be confirmed in its present form. The Plan proposed by Debtors is unjust and inequitable and should be denied in all things. Objector rejects the plan.

9. The Plan proposed by Debtors is infeasible due to lack of income.

WHEREFORE, Objector prays that the Plan proposed by Debtors not be confirmed, that the Plan be dismissed, that Objector receive fair market value for its collateral, that Objector be awarded attorney's fees, and for such other and further relief as may be just and equitable.

Respectfully submitted,
LAWRENCE LAW FIRM

/s/ *Peter B. Dickens*
Peter B. Dickens
State Bar No. 05819500
Attorney for Creditor
112 East 4th Street
Houston, Texas 77007
(713) 864-8000
(713) 864-0179 facsimile
USB@LBandD.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon the parties listed below, including the Attorney for Debtors, Debtors, Trustee, United States Trustee, and parties requesting notice by electronic filing or first-class United States Mail, postage prepaid, on May 2, 2024.

/s/ *Peter B. Dickens*
Peter B. Dickens

Parties Served:

William R. Davis, Jr.
Attorney at Law
745 E. Mulberry Ave., Suite 700
San Antonio, Texas 78212

Jimmy Ray Lewis, Jr. and
Dorina Joy Lewis
141 W. Robindale
Bandera, Texas 78003

Brad W. Odell
Chapter 13 Trustee
1500 Broadway, Suite 700
Lubbock, Texas 79401

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205

Jeremy Shane Flannery
DOJ-U.S. Trustee
615 E. Houston Street Suite 533
San Antonio, TX 78205

Chandra Dianne Pryor
Bonial & Associates P.C.
14841 Dallas Parkway Suite 300
Dallas, TX 75254

Brad W. Odell
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, TX 79401

Christopher V. Arisco
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102

William P. Weaver, Jr
Attorney at Law
16607 Blanco Road #303
San Antonio, TX 78232

Julie A. Parsons
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX 78680

**J.D. POWER** 

## 2023 Polaris General XP 1000 Premium Pricing

# Pricing & Values

Add Options    Info & Definitions

| | |
|---|---|
| **Suggested List Price (MSRP)** ⓘ | **$26,999** |
| Base Price | $16,610 |
| Options | N/A |
| **Low Retail Value** ⓘ | **$16,610** |
| Base Price | $21,855 |
| Options | N/A |
| **Average Retail Value** ⓘ | **$21,855** |

Advertisement

