IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-50029-MMP |
| JIMMY RAY LEWIS, JR., and wife, | § | |
| DORINA JOY LEWIS | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**DEBTORS' RESPONSE TO MOTION OF PERFORMANCE FINANCE'S MOTION FOR RELIEF FROM THE STAY OF 11 U.S.C. §362 AND REQUEST FOR ADEQUATE PROTECTION (2023 POLARIS GENERAL XP 1000 PREMIUM)**

TO THE HONORABLE MICHAEL M. PARKER, JUDGE,
UNITED STATES BANKRUPTCY COURT:

NOW COME, Jimmy Ray Lewis, Jr., and wife, Dorina Joy Lewis, Debtors in the above-styled and numbered Chapter 11 bankruptcy case, and file this their Response to the Motion For Relief From the Stay of 11 U.S.C. §362 and Request For Adequate Protection (2023 Polaris General XP 1000 Premium), and in support thereof would respectfully show the Court the following:

1. Respondents admit the allegations contained in Paragraph 1 of the Motion.

2. Respondents admit the allegations contained in Paragraph 2 of the Motion.

3. Respondents admit the allegations contained in Paragraph 3 of the Motion.

4. Respondents admit the allegations contained in Paragraph 4 of the Motion.

5. Respondents admit the allegations contained in Paragraph 5 of the Motion.

6. Respondents admit the allegations contained in Paragraph 6 of the Motion. Respondents timely filed the Subchapter V Plan on April 3, 2024, which proposes to repay Movant. Movant never contacted Respondents' counsel requesting adequate protection.

7. Respondents deny the allegations contained in Paragraph 7 of the Motion.

8. Respondents have had the 2023 Polaris insured at all times. Respondents' counsel never received a request for proof of insurance. Counsel provided proof of insurance to Movant by e-mail on May 7, 2024.

9. Respondents deny the allegations contained in Paragraph 9 of the Motion.

10. Respondents agree there is no equity in the 2023 Polaris, but deny all further allegations contained in Paragraph 10 of the Motion.

11. Respondents deny the allegations contained in Paragraph 11 of the Movant.

12. Respondents deny the allegations contained in Paragraph 12 of the Movant.

13. Respondents deny the allegations contained in Paragraph 13 of the Movant.

WHEREFORE, PREMISES CONSIDERED, Respondents oppose the Motion for Relief From the Stay, and request that the Court grant them such relief as appropriate while maintaining the automatic stay in place.

Date: May 7, 2024.

/s/ William R. Davis, Jr.
WILLIAM R. DAVIS, JR.
State Bar No. 05565500
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 700
San Antonio, TX 78212
(210) 736-6600
wrdavis@langleybanack.com

Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2024, a true and correct copy of the above and foregoing was served upon the following parties via regular mail to: Mr. Peter B. Dickens, Lawrence Law Firm, 112 East 4th Street, Houston, TX 77007, usb@lband.com, Mr. & Mrs. Jimmy Lewis, Jr., 141 W. Robindale, Bandera, TX 78003, U.S. Trustee, 615 E. Houston St., Suite 533, San Antonio, TX 78205, Ms. Chandra D. Pryor, Bonial & Associates, PC, 14841 Dallas Pkwy., Suite 300, Dallas, TX 75254, Mr. Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401, Mr. Christopher V. Arisco, Padfield & Stout, LLP, 100 Throckmorton St., Suite 700, Fort Worth, TX 76102, Mr. William P. Weaver, Jr., 16607 Blanco Rd., Suite 303, San Antonio, TX 78232 and Ms. Julie A. Parsons, McCreary Veselka Bragg & Allen, PC, P.O. Box 1269, Round Rock, TX 78680.

/s/ William R. Davis, Jr.
WILLIAM R. DAVIS, JR.