**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 14, 2024.**



_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-50029-MMP |
| | § | |
| JIMMY RAY LEWIS, JR. AND | § | CHAPTER 11 |
| DORINA JOY LEWIS, | § | |
| | § | |
| DEBTORS | § | |

### AGREED ORDER RESOLVING OBJECTION OF PERFORMANCE FINANCE
### TO CONFIRMATION OF CHAPTER 11 PLAN

COMES NOW before the Court, PERFORMANCE FINANCE, on its Objection to Confirmation of the Chapter 11 Plan of JIMMY RAY LEWIS, JR. and DORINA JOY LEWIS, Debtors. The parties appeared by and through counsel and announced that they had reached an agreement for payment of PERFORMANCE FINANCE through the Chapter 11 Plan with 8.99% interest on the secured value of $16,500.00 for its collateral, one (1) 2023 Polaris General XP 1000 Premium. It appearing to the Court it has jurisdiction over the parties and subject matter, and that the agreement of the parties should be approved, it is

ORDERED that Debtors shall pay PERFORMANCE FINANCE the secured value of $16,500.00 through the Chapter 11 Plan with 8.99% interest on the secured value of its collateral, one (1) 2023 Polaris General XP 1000 Premium bearing serial number 3NSGXP995PM451449. The remaining balance of the claim shall be scheduled as unsecured.

IT IS FURTHER ORDERED that based on the agreement of the parties, the Objection to Confirmation filed by PERFORMANCE FINANCE on or about May 2, 2024, is withdrawn for all purposes.

### # # #

APPROVED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| LAWRENCE LAW FIRM | LANGLEY & BANACK, INC. |
| /s/ *Peter B. Dickens* | *[signature]* |
| PETER B. DICKENS | WILLIAM R. DAVIS, JR. |
| State Bar No. 05819500 | State Bar No. 05565500 |
| Attorney for Movant | Attorney for Debtors |
| 112 East 4th Street | 745 E. Mulberry Ave., Suite 700 |
| Houston, Texas 77007 | San Antonio, Texas 78212 |
| (713) 864-8000 | (210) 736-6600 |
| (713) 864-0179 facsimile | (210) 735-6889 facsimile |
| USB@LBandD.com | wrdavis@langleybanack.com |