❑ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          July

Line of business:   Construction

Date report filed: _____
                    MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                Dorina Lewis

Original signature of responsible party

Printed name of responsible party     Dorina Lewis

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ☑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 46,395.03

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 46,787.97

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 81,061.34

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -34,273.37

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 12,121.66

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 2,086.20

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                      $  21,792.20

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?        4

27. What is the number of employees as of the date of this monthly report?    7

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $  1,250.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $  11,750.00

30. How much have you paid this month in other professional fees?  $ _____

31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Projected* | — | *Actual* | = | *Difference* |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 60,000.00 | — | $ 46,787.97 | = | $ 13,212.03 |
| 33. **Cash disbursements** | $ 45,000.00 | — | $ 81,061.34 | = | $ -36,061.34 |
| 34. **Net cash flow** | $ 15,000.00 | — | $ -34,273.37 | = | $ -19,273.37 |

35. Total projected cash receipts for the next month:     $  60,000.00

36. Total projected cash disbursements for the next month:   - $  45,000.00

37. Total projected net cash flow for the next month:   = $  15,000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Exhibit A

5. All of our business deposits go through Frost Bank in the business account Bigfoot Land Prep, LLC. RBFCU was the DIP accounts and the bank sent a letter that they are closing all of our accounts with them August 2, 2024.

Exhibit B

10. Frost Bank in the account of Bigfoot Land Prep, LLC. We have a business account and a business savings account.

17. We have been making the agreed upon payments to RBFCU for the Chevrolet truck in the amount of $650.00 and to SSFCU for the Ford truck in the amount of $625.00. Payment of $551.66 to Performance Finance.

# July Exhibit C

| | Check | Date | Payor | Comments |
|---|---|---|---|---|
| $2,175.00 | EFT | 7/2/2024 | Clayton - Kerrville | Inv 194 |
| $297.00 | EFT | 7/2/2024 | Clayton - Kerrville | Inv 193 |
| $735.00 | 1026 | 7/2/2024 | Preston Lee Parkway | Inv 196 |
| $7,000.00 | 1025 | 7/2/2024 | Preston Lee Parkway | Inv 198 |
| $4,250.00 | 1131 | 7/6/2024 | Z and W Ventrures | Inv 191 |
| $5,000.00 | 470 | 7/12/2024 | McLinden, Matt & Alice | Bid 264 |
| $13,474.94 | 51270 | 7/15/2024 | Texas Holiday Villages | INV 197 |
| $3,975.00 | 1138 | 7/20/2024 | Z and W Ventrures | Inv 209 |
| $22.00 | | 7/24/2024 | Autozone | credit for battery core |
| $3,425.00 | EFT | 7/30/2024 | Clayton - Kerrville | Inv 200 |
| $1,584.00 | EFT | 7/30/2024 | Clayton - Kerrville | Inv 201 |
| $4,250.00 | 804703039 | 7/29/2024 | Rachel, Greg | Inv 206 |
| $600.00 | 3791 | 7/27/2024 | Jacob, Kay | |
| $0.03 | | 7/31/2024 | RBFCU | dividend |
| $46,787.97 | | | total deposits | |
| | | | | |
| | | | | |

# July Exhibit D

| Date | Vendor | Total Paid | Comments |
|---|---|---|---|
| 7/1/2024 | Tractor Supply | $99.48 | Supplies |
| 7/1/2024 | Hevenor | $79.05 | HV condos 5-8 |
| 7/1/2024 | Onstar | $15.05 | Data |
| 7/1/2024 | Dealers Electric | $258.38 | HV condos 5-8 |
| 7/1/2024 | Trail Boss | $103.62 | misc |
| 7/1/2024 | Out of the Way Café | $26.52 | misc |
| 7/1/2024 | Mini Mart | $122.85 | Fuel |
| 7/1/2024 | Academy | $330.15 | Work shoes |
| 7/1/2024 | Home Depot | $180.49 | HV condos 5-8 |
| 7/1/2024 | Mini Mart | $82.00 | Fuel |
| 7/1/2024 | Mini Mart | $35.54 | misc |
| 7/1/2024 | Home Depot | $109.08 | HV condos 5-8 |
| 7/1/2024 | Amazon | $7.30 | Prime |
| 7/1/2024 | Geico | $618.03 | Auto Insurance |
| 7/2/2024 | U Store It | $175.00 | storage unit |
| 7/2/2024 | Walmart | $38.00 | RX |
| 7/2/2024 | Walmart | $36.47 | Groceries |
| 7/2/2024 | Mini Mart | $32.52 | misc |
| 7/2/2024 | Home Depot | $79.12 | HV condos 5-8 |
| 7/3/2024 | Cuatro T | $1,887.03 | Ziegler, Rossen |
| 7/3/2024 | Hevenor | $70.97 | HV condos 5-8 |
| 7/3/2024 | Dunn & Bradstreet | $405.67 | Membership |
| 7/3/2024 | Raising Canes | $21.89 | misc |
| 7/3/2024 | Mini Mart | $86.00 | Fuel |
| 7/3/2024 | Venmo | $280.00 | Shop rent |
| 7/3/2024 | Lowes Market | $32.67 | Groceries |
| 7/4/2024 | Deluxe | $295.47 | check order |
| 7/5/2024 | Instant Ink | $22.41 | Subscription |
| 7/5/2024 | Mini Mart | $35.07 | misc |
| 7/5/2024 | Lowes Market | $46.89 | Groceries |
| 7/5/2024 | Out of the Way Café | $26.52 | misc |
| 7/5/2024 | Snappy's | $95.79 | Fuel |
| 7/5/2024 | Boudreaux Express Mart | $125.00 | Fuel |
| 7/5/2024 | Boudreaux Express Mart | $6.54 | misc |
| 7/5/2024 | Subway | $16.76 | misc |
| 7/6/2024 | Tractor Supply | $344.97 | Truck equipment |
| 7/7/2024 | Bandera True Value | $40.53 | Supplies |
| 7/8/2024 | Antler Auto | $2,000.00 | Down payment |
| 7/8/2024 | Whataburger | $68.00 | misc |
| 7/8/2024 | Mini Mart | $110.00 | Fuel |
| 7/8/2024 | Mini Mart | $32.52 | misc |
| 7/8/2024 | Don Cheppes | $84.78 | misc |
| 7/8/2024 | Onstar | $37.23 | Subscription |
| 7/8/2024 | Mini Mart | $35.54 | misc |
| 7/8/2024 | Lowes Market | $50.74 | Groceries |
| 7/8/2024 | Dollar General | $35.57 | Supplies |
| 7/8/2024 | Geico | $103.40 | insurance |

| Date | Vendor | Amount | Description |
|---|---|---|---|
| 7/8/2024 | Verizon | $204.32 | phone bill |
| 7/9/2024 | Bandera True Value | $40.88 | HV condos 5-8 |
| 7/9/2024 | Walmart | $25.00 | RX |
| 7/9/2024 | Walmart | $49.46 | Groceries |
| 7/9/2024 | Walmart | $200.00 | Groceries |
| 7/10/2024 | Bandera True Value | $38.96 | HV condos 5-8 |
| 7/10/2024 | Lowes Market | $13.77 | Groceries |
| 7/10/2024 | Amazon | $140.88 | Tools |
| 7/11/2024 | The Dough Joe | $43.50 | misc |
| 7/11/2024 | Circle K | $80.00 | Fuel |
| 7/11/2024 | Mini Mart | $39.10 | misc |
| 7/11/2024 | Amazon | $43.48 | Tools |
| 7/12/2024 | Trail Boss | $72.45 | misc |
| 7/12/2024 | Account closure | $35.13 | RBFCU |
| 7/12/2024 | Account closure | $326.82 | RBFCU |
| 7/12/2024 | Account closure | $49.13 | RBFCU |
| 7/15/2024 | Mini Mart | $125.00 | Fuel |
| 7/15/2024 | Mini Mart | $39.20 | misc |
| 7/15/2024 | Go Daddy | $44.53 | Domain purchase |
| 7/15/2024 | The Dough Joe | $22.18 | misc |
| 7/15/2024 | Mini Mart | $71.71 | Fuel |
| 7/15/2024 | Mini Mart | $32.52 | misc |
| 7/15/2024 | Mini Mart | $33.51 | misc |
| 7/15/2024 | Amazon | $19.99 | Office Supply |
| 7/16/2024 | BEC | $249.71 | Office utilities |
| 7/16/2024 | BEC | $179.22 | RV utilites |
| 7/16/2024 | Mini Mart | $35.54 | misc |
| 7/17/2024 | Mini Mart | $94.70 | Fuel |
| 7/18/2024 | Fatboyz | $30.87 | misc |
| 7/19/2024 | Kerrville Landfill | $78.98 | Hanssard, James |
| 7/19/2024 | Velocity | $37.25 | Fuel |
| 7/19/2024 | Lowes Market | $11.86 | misc |
| 7/19/2024 | Venmo | $100.00 | Katy Lewis |
| 7/22/2024 | Dickey's | $50.05 | misc |
| 7/22/2024 | Amazon Prime | $16.23 | Subscription |
| 7/22/2024 | Mini Mart | $86.00 | Fuel |
| 7/20/2024 | Home Depot | $13.33 | Clayton - Kerrville - Lot |
| 7/20/2024 | Home Depot | $324.32 | Clayton - Kerrville - Lot |
| 7/22/2024 | Freddy's | $21.63 | misc |
| 7/22/2024 | Home Depot | $443.27 | Hanssard, James |
| 7/22/2024 | Bandera True Value | $45.42 | Hanssard, James |
| 7/22/2024 | Dealers Electric | $326.88 | Hanssard, James |
| 7/22/2024 | State Farm | $220.83 | JCB insurance |
| 7/22/2024 | IPFS | $212.79 | General Liability |
| 7/22/2024 | Cuatro T | $2,797.15 | Z & W Ventures - Comfort |
| 7/22/2024 | Mini Mart | $84.56 | Fuel |
| 7/22/2024 | Autozone | $228.70 | Truck battery |
| 7/22/2024 | Lowes Market | $30.62 | misc |
| 7/22/2024 | Dollar General | $15.44 | misc |
| 7/22/2024 | S TX Cardio | $367.90 | Doctor |
| 7/23/2024 | Home Depot | $821.49 | |
| 7/23/2024 | Mini Mart | $112.00 | fuel |
| 7/25/2024 | Mamacitas | $43.61 | misc |
| 7/25/2024 | Mini Mart | $32.52 | misc |

| Date | Payee | Amount | Description |
|---|---|---|---|
| 7/25/2024 | Mini Mart | $30.52 | DEF |
| 7/25/2024 | Lowe's | $433.23 | |
| 7/26/2024 | Taco Casa | $25.89 | misc |
| 7/26/2024 | Hevenor | $282.03 | Hanssard, James |
| 7/26/2024 | Mini Mart | $11.89 | misc |
| 7/29/2024 | Dough Joe | $77.03 | misc |
| 7/29/2024 | Mini Mart | $76.05 | Fuel |
| 7/29/2024 | Fedex | $55.05 | Cowboy Capital Cottages - Rachal |
| 7/29/2024 | Mini Mart | $45.54 | misc |
| 7/29/2024 | Lowes Market | $17.93 | Groceries |
| 7/29/2024 | Onstar | $15.05 | Subscription |
| 7/29/2024 | Mini Mart | $200.00 | fuel |
| 7/29/2024 | Mini Mart | $32.52 | misc |
| 7/29/2024 | Lowes Market | $36.10 | Groceries |
| 7/29/2024 | Dollar General | $11.85 | Supplies |
| 7/29/2024 | Mini Mart | $125.00 | Fuel |
| 7/29/2024 | Mini Mart | $52.60 | Fuel |
| 7/29/2024 | Hevenor | $519.83 | Hanssard, James |
| 7/29/2024 | Mini Mart | $35.54 | misc |
| 7/29/2024 | Mini Mart | $83.85 | Fuel |
| 7/29/2024 | Bandera County Tax Office | $665.25 | Trailer registration & tags |
| 7/29/2024 | Frost | $25.00 | Opening deposit for personal acct |
| 7/29/2024 | Geico | $608.32 | Auto Insurance |
| 7/30/2024 | Gov-Pay fee | $12.97 | Trailer registration & tags |
| 7/30/2024 | Trail Boss | $86.46 | misc |
| 7/30/2024 | Dollar General | $16.17 | Groceries |
| 7/30/2024 | Mini Mart | $125.00 | Fuel |
| 7/31/2024 | Bandera True Value | $61.18 | Hanssard, James |
| 7/31/2024 | Hevenor | $115.46 | Hanssard, James |
| 7/31/2024 | Dollar General | $21.01 | Groceries |
| 7/31/2024 | Lowes Market | $68.21 | Groceries |
| 7/31/2024 | Mini Mart | $36.40 | misc |
| 7/3/2024 | RBFCU | $650.00 | CK 286 - truck payment |
| 7/1/2024 | Performance Finance | $551.66 | CK 298 - side by side payment |
| 7/10/2024 | Winn Supply | $18,134.08 | CK 299 - Z & W Ventures - Medina |
| 7/11/2024 | Jake Lewis | $820.00 | CK 300 - Payroll |
| 7/2/2024 | Charles Ellis Searcy | $820.00 | CK 301 - Payroll |
| 7/1/2024 | Tonka Hamilton | $820.00 | CK 302 - Payroll |
| 7/3/2024 | Thomas Crawford | $260.00 | CK 303 - Payroll |
| 7/9/2024 | Rachel Ellis Searcy | $75.00 | CK 304 - Payroll |
| 7/2/2024 | Deidra LTD | $1,230.00 | CK 305 - Office Rent w/water |
| 7/2/2024 | Deidra LTD | $580.00 | CK 306 - RV space w/water |
| 7/5/2024 | Jake Lewis | $480.00 | CK 307 - Payroll |
| 7/9/2024 | Charles Ellis Searcy | $480.00 | CK 308 - Payroll |
| 7/5/2024 | Tonka Hamilton | $480.00 | CK 309 - Payroll |
| 7/9/2024 | Thomas Crawford | $440.00 | CK 310 - Payroll |
| 7/22/2024 | Medina County Tax Assessor | $385.14 | CK 311 - taxes |
| 7/23/2024 | Leon Co Tax Assessor | $1,033.99 | CK 312 - taxes |
| 7/16/2024 | Ortiz Company | $7,500.00 | CK 313 - Z & W Ventures - Medina |
| 7/25/2024 | Wheat Craft | $1,256.54 | CK 314 - McClinden |
| 7/25/2024 | Gillespie County | $100.00 | CK 315 - Soules septic change |
| 7/30/2024 | Carlos Thorne | $5,000.00 | CK 318 - GN trailer |
| 7/30/2024 | Carlos Thorne | $5,000.00 | CK 319 - GN trailer |
| 7/15/2024 | Jake Lewis | $880.00 | CK 341 - Payroll |

| Date | Payee | Amount | Memo |
|---|---|---|---|
| 7/15/2024 | Tonka Hamilton | $480.00 | CK 342 - Payroll |
| 7/16/2024 | Charles Ellis Searcy | $1,000.00 | CK 343 - Payroll |
| 7/16/2024 | Rachel Ellis Searcy | $195.00 | CK 344 - Payroll |
| 7/16/2024 | Thomas Crawford | $640.00 | CK 346 - Payroll |
| 7/16/2024 | Brandon Hinds | $800.00 | CK 347 - Payroll |
| 7/15/2024 | Rebecca Simmons | $165.00 | CK 348 - Payroll |
| 7/25/2024 | RBFCU | $650.00 | CK 349 - Truck payment |
| 7/24/2024 | SSFCU | $625.00 | CK 350 - Truck payment |
| 7/24/2024 | Mullin Hoard & Brown | $1,250.00 | CK 351 - Legal fee |
| 7/22/2024 | Jake Lewis | $620.00 | CK 352 - Payroll |
| 7/23/2024 | Charles Ellis Searcy | $640.00 | CK 353 - Payroll |
| 7/19/2024 | Tonka Hamilton | $550.00 | CK 354 - Payroll |
| 7/23/2024 | Thomas Crawford | $570.00 | CK 355 - Payroll |
| 7/22/2024 | Brandon Hinds | $800.00 | CK 356 - Payroll |
| 7/24/2024 | Kurtis Jennings | $550.00 | CK 357 - septic engineer retail lot |
| 7/30/2024 | Thomas Crawford | $420.00 | CK 358 - Payroll |
| 7/30/2024 | Joe Searcy | $550.00 | CK 359 - Payroll |
| 7/29/2024 | Jake Lewis | $640.00 | CK 360 - Payroll |
| 7/29/2024 | Charles Ellis Searcy | $640.00 | CK 361 - Payroll |
| 7/29/2024 | Tonka Hamilton | $560.00 | CK 362 - Payroll |
| | | | |
| | | $81,061.34 | |
| | | | |
| | | | |

Exhibit E

7/31/24     Cuatro T Construction          $2086.20

Materials for jobs

## Exhibit F

| Amount | Check | Date | Payor | Comments |
|---|---|---|---|---|
| $2,548.00 | 1039 | 8/1/2024 | Preston Lee Parkway | Inv 203 |
| $824.22 | 1038 | 8/1/2024 | Preston Lee Parkway | Inv 204 |
| $4,669.98 | 1129 | 8/1/2024 | Texas Holiday Villages | Inv 202 |
| $2,500.00 | 1040 | 8/1/2024 | Preston Lee Parkway | Inv 207 |
| $7,000.00 | 1040 | 8/1/2024 | Preston Lee Parkway | Inv 209 |
| $4,250.00 | EFT | 8/3/2024 | Clayton Kerrville | Inv 208 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| $21,792.20 | | | | |
| | | | | |



STATEMENT ISSUED
07-31-2024

Page 1 of 10

BIGFOOT LAND PREP, LLC

2

>>>

We are here to help you best protect yourself from
fraudsters. If you notice any unusual activity or for
additional information call us 24/7 at (800)513-7678.

## FROST BUSINESS CHECKING : ACCOUNT NO. _____ 2377

| BALANCE LAST STATEMENT | DEPOSITS NO. | AMOUNT | WITHDRAWALS NO. | AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 29,879.83 | 12 | 57,787.94 | 171 | 80,450.26 | 7,217.51 |

Activity Items Processed      182            Cash Processed        $0.00

--------------------------------------- DEPOSITS/CREDITS ---------------------------------------

| DATE | TRANSACTION | AMOUNT | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|---|---|
| 07-02 | DEPOSIT | 7,735.00 | 07-08 | TELLER DEPOSIT | 4,250.00 |
| 07-12 | TELLER DEPOSIT | 5,000.00 | 07-15 | TELLER DEPOSIT | 13,474.94 |
| 07-22 | DEPOSIT | 3,975.00 | 07-29 | TELLER DEPOSIT | 600.00 |
| 07-29 | TELLER DEPOSIT | 4,250.00 | | | |

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | |
|---|---|---|---|---|
| 07-02 | 2,472.00 | ELECTRONIC DEPOSIT | CMH HOMES, INC.  A/P | 000000000631753 |
| 07-15 | 4,000.00 | INTERNET FUND TRANSFER | FROM ACCOUNT XXXXX3586 | |
| 07-24 | 22.00 | DEBIT CARD CREDIT | VBAS AUTOZONE 4481 | CHEBOYGAN  MI  CARD: 6018202 |
| 07-29 | 7,000.00 | INTERNET FUND TRANSFER | FROM ACCOUNT XXXXX3586 | |
| 07-30 | 5,009.00 | ELECTRONIC DEPOSIT | CMH HOMES, INC.  A/P | 000000000645790 |

--------------------------------------- CHECKS PAID ---------------------------------------

| DATE | CHECK | | AMOUNT | DATE | CHECK | | AMOUNT | DATE | CHECK | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-03 | 286 | # | 650.00 | 07-22 | 311 | # | 385.14 | 07-25 | 349 | # | 650.00 |
| 07-01 | 298 | * # | 551.66 | 07-23 | 312 | # | 1,033.99 | 07-24 | 350 | # | 625.00 |
| 07-10 | 299 | # | 18,134.08 | 07-16 | 313 | # | 7,500.00 | 07-26 | 351 | # | 1,250.00 |
| 07-01 | 300 | # | 820.00 | 07-25 | 314 | # | 1,256.54 | 07-22 | 352 | # | 620.00 |
| 07-02 | 301 | # | 820.00 | 07-25 | 315 | # | 100.00 | 07-23 | 353 | # | 640.00 |
| 07-01 | 302 | # | 820.00 | 07-30 | 318 | * # | 5,000.00 | 07-22 | 354 | # | 550.00 |
| 07-03 | 303 | # | 260.00 | 07-30 | 319 | # | 5,000.00 | 07-23 | 355 | # | 570.00 |
| 07-09 | 304 | # | 75.00 | 07-15 | 341 | * # | 880.00 | 07-22 | 356 | # | 800.00 |
| 07-02 | 305 | # | 1,230.00 | 07-15 | 342 | # | 480.00 | 07-24 | 357 | # | 550.00 |
| 07-02 | 306 | # | 580.00 | 07-16 | 343 | # | 1,000.00 | 07-30 | 358 | # | 420.00 |
| 07-05 | 307 | # | 480.00 | 07-16 | 344 | # | 195.00 | 07-30 | 359 | # | 550.00 |
| 07-09 | 308 | # | 480.00 | 07-16 | 346 | * # | 640.00 | 07-29 | 360 | # | 640.00 |
| 07-05 | 309 | # | 480.00 | 07-16 | 347 | # | 800.00 | 07-29 | 361 | # | 640.00 |
| 07-09 | 310 | # | 440.00 | 07-15 | 348 | # | 165.00 | 07-29 | 362 | # | 560.00 |

* A BREAK IN CHECK NUMBER SEQUENCE
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

--------------------------------------- OTHER WITHDRAWALS/DEBITS ---------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|---|---|---|---|---|---|
| 07-01 | 15.05 | DEBIT CARD RECURRING | ONSTAR DATA PLAN AT&T | 888-466-7827 | CARD: 6117004 |
| 07-01 | 258.38 | DEBIT CARD PURCHASE | DEALERS ELECTRICAL - 1 | KERRVILLE | CARD: 6117004 |
| 07-01 | 103.62 | DEBIT CARD PURCHASE | TST* TRAIL BOSS | BANDERA | CARD: 6018202 |
| 07-01 | 26.52 | DEBIT CARD PURCHASE | PY *OUT OF THE WAY CAF | LAKEHILLS | CARD: 6117004 |
| 07-01 | 122.85 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6117004 |
| 07-01 | 330.15 | POS DEBIT | ACADEMY SPORTS #250 | SAN ANTONIO  TX | CARD: 6117004 |
| 07-01 | 180.49 | POS DEBIT | THE HOME DEPOT #6547 | SAN ANTONIO  TX | CARD: 6117004 |
| 07-01 | 82.00 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6117004 |
| 07-01 | 35.54 | POS DEBIT | MINI MART #2 | BANDERA  TX | CARD: 6018202 |
| 07-01 | 109.08 | POS DEBIT | THE HOME DEPOT #6576 | KERRVILLE  TX | CARD: 6117004 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

Please notify us of any changes of address immediately. To change your address, follow these instructions.

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number_____     Account Number_____
Account Number_____     Account Number_____
Account Number_____     Account Number_____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| Worksheet | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | | |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | + $ _____ | | |
| 5. **Your Account Balance** | $ _____ | | |
| 6. Enter Your checkbook balance | $ _____ | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| 10. **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.


**BIGFOOT LAND PREP, LLC**

---

**FROST BUSINESS CHECKING : ACCOUNT NO.** _____ **2377** _____ **(CONTINUED)**

-------------------------------------- OTHER WITHDRAWALS/DEBITS --------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|------|--------|-------------|-------------|---|---|
| 07-01 | 99.48 | POS DEBIT | TRACTOR SUPPLY # 220 S | BANDERA TX | CARD: 6117004 |
| 07-01 | 79.05 | POS DEBIT | HEVENOR LUMBER C | BANDERA TX | CARD: 6117004 |
| 07-01 | 7.30 | DEBIT CARD PURCHASE | Prime Video Channels | AMZN.COM/BILL | CARD: 6018202 |
| 07-01 | 618.03 | ELECTRONIC DEBIT | GEICO        PREM COLL | 1694131885 | |
| 07-02 | 175.00 | DEBIT CARD PURCHASE | PY *U Store It | 830-5828216 | CARD: 6018202 |
| 07-02 | 38.00 | POS DEBIT | WAL-MART #1126 | BOERNE TX | CARD: 6018202 |
| 07-02 | 36.47 | DEBIT CARD PURCHASE | WAL-MART #1126 | BOERNE | CARD: 6018202 |
| 07-02 | 79.12 | POS DEBIT | THE HOME DEPOT #6547 | SAN ANTONIO TX | CARD: 6117004 |
| 07-02 | 32.52 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-03 | 405.67 | DEBIT CARD PURCHASE | DUN & BRADSTREET | 800-892-2980 | CARD: 6117004 |
| 07-03 | 21.89 | DEBIT CARD PURCHASE | RAISING CANES 0343 | BOERNE | CARD: 6018202 |
| 07-03 | 70.97 | POS DEBIT | HEVENOR LUMBER C | BANDERA TX | CARD: 6117004 |
| 07-03 | 86.00 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6018202 |
| 07-03 | 280.00 | DEBIT CARD PURCHASE | VENMO  *Peter Hartwig | VISA DIRECT | CARD: 6018202 |
| 07-03 | 32.67 | POS DEBIT | LOWES MARKET #102 | BANDERA TX | CARD: 6018202 |
| 07-05 | 1,887.03 | DEBIT CARD PURCHASE | CUATRO T CONSTRUCTION | 830-426-2333 | CARD: 6018202 |
| 07-05 | 22.41 | DEBIT CARD RECURRING | HP *INSTANT INK | 855-785-2777 | CARD: 6018202 |
| 07-05 | 35.07 | POS DEBIT | MINI MART #11 | KERRVILLE TX | CARD: 6117004 |
| 07-05 | 46.89 | POS DEBIT | LOWES MARKET #102 | BANDERA TX | CARD: 6117004 |
| 07-05 | 26.52 | DEBIT CARD PURCHASE | PY *OUT OF THE WAY CAF | LAKEHILLS | CARD: 6018202 |
| 07-05 | 95.79 | DEBIT CARD PURCHASE | SNAPPY'S | ALLEYTON | CARD: 6117004 |
| 07-05 | 125.00 | DEBIT CARD PURCHASE | BOUDREAUX EXPRESS MART | TOMBALL | CARD: 6117004 |
| 07-05 | 6.54 | POS DEBIT | BOUDREAUX EXPRESS MART | TOMBALL TX | CARD: 6018202 |
| 07-05 | 16.76 | DEBIT CARD PURCHASE | Subway 60335 | COLUMBUS | CARD: 6018202 |
| 07-08 | 2,000.00 | DEBIT CARD PURCHASE | ANTLER AUTO | 830-9555580 | CARD: 6018202 |
| 07-08 | 68.00 | DEBIT CARD PURCHASE | WHATABURGER 418   Q26 | SEALY | CARD: 6117004 |
| 07-08 | 110.00 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6117004 |
| 07-08 | 32.52 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-08 | 344.97 | POS DEBIT | TRACTOR SUPPLY # 220 S | BANDERA TX | CARD: 6117004 |
| 07-08 | 84.78 | DEBIT CARD PURCHASE | DON CHEPES RESTAURANT | BANDERA | CARD: 6018202 |
| 07-08 | 37.23 | DEBIT CARD RECURRING | OnStar, LLC | 888-4667827 | CARD: 6117004 |
| 07-08 | 40.53 | POS DEBIT | BANDERA TRUE VAL | BANDERA TX | CARD: 6018202 |
| 07-08 | 35.54 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-08 | 50.74 | POS DEBIT | LOWES MARKET #102 | BANDERA TX | CARD: 6018202 |
| 07-08 | 35.57 | POS DEBIT | DOLLAR GENERAL #14989 | BANDERA TX | CARD: 6018202 |
| 07-08 | 103.40 | ELECTRONIC DEBIT | GEICO        PREM COLL | 1698837200 | |
| 07-08 | 204.32 | ELECTRONIC DEBIT | VZ WIRELESS VE   VZW WEBPAY | 4353385 | |
| 07-08 | 295.67 | ELECTRONIC DEBIT | Deluxe Small Bus EDI/ACH | 17082001139153 | |
| 07-09 | 25.00 | DEBIT CARD PURCHASE | WM SUPERCENTER #1126 | BOERNE | CARD: 6018202 |
| 07-09 | 49.46 | DEBIT CARD PURCHASE | WM SUPERCENTER #1126 | BOERNE | CARD: 6018202 |
| 07-09 | 40.88 | POS DEBIT | BANDERA TRUE VAL | BANDERA TX | CARD: 6117004 |
| 07-09 | 32.52 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-10 | 38.96 | POS DEBIT | BANDERA TRUE VAL | BANDERA TX | CARD: 6117004 |
| 07-10 | 140.88 | DEBIT CARD PURCHASE | AMAZON MKTPL*RY9TE7AY2 | AMZN.COM/BILL | CARD: 6018202 |
| 07-10 | 13.77 | POS DEBIT | LOWES MARKET #102 | BANDERA TX | CARD: 6018202 |
| 07-11 | 43.50 | DEBIT CARD PURCHASE | TST* THE DOUGH JOE | BANDERA | CARD: 6018202 |
| 07-11 | 80.00 | DEBIT CARD PURCHASE | CIRCLE K #2741073 | KERRVILLE | CARD: 6117004 |
| 07-11 | 39.10 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-11 | 43.48 | DEBIT CARD PURCHASE | AMAZON RET* 114-721449 | WWW.AMAZON.CO | CARD: 6018202 |
| 07-12 | 72.45 | DEBIT CARD PURCHASE | TST* TRAIL BOSS | BANDERA | CARD: 6117004 |
| 07-15 | 125.00 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6018202 |
| 07-15 | 39.20 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-15 | 44.53 | DEBIT CARD RECURRING | DNH*GODADDY#3188458697 | 480-5058855 | CARD: 6018202 |
| 07-15 | 22.18 | DEBIT CARD PURCHASE | TST* THE DOUGH JOE | BANDERA | CARD: 6018202 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.



BIGFOOT LAND PREP, LLC

**FROST BUSINESS CHECKING : ACCOUNT NO.        2377          (CONTINUED)**

------------------------------------ OTHER WITHDRAWALS/DEBITS ------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|------|--------|-------------|-------------|---|---|
| 07-15 | 71.71 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6117004 |
| 07-15 | 32.52 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6117004 |
| 07-15 | 33.51 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-15 | 19.99 | DEBIT CARD PURCHASE | AMAZON MKTPL*RS4S56EW0 | AMZN.COM/BILL | CARD: 6018202 |
| 07-16 | 249.71 | DEBIT CARD PURCHASE | BANDERA ELECTRIC COOP | SMARTHUB.BAND | CARD: 6018202 |
| 07-16 | 179.22 | DEBIT CARD PURCHASE | BANDERA ELECTRIC COOP | SMARTHUB.BAND | CARD: 6018202 |
| 07-16 | 35.54 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-17 | 94.70 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6117004 |
| 07-18 | 30.87 | DEBIT CARD PURCHASE | FATBOYZ SANDWICH SHOP | BANDERA | CARD: 6117004 |
| 07-19 | 78.98 | DEBIT CARD PURCHASE | KERRVILLE LANDFILL | KERRVILLE | CARD: 6117004 |
| 07-19 | 37.25 | POS DEBIT | VELOCITY #5 | KERRVILLE TX | CARD: 6018202 |
| 07-19 | 11.86 | POS DEBIT | LOWES MARKET #102 | BANDERA TX | CARD: 6018202 |
| 07-19 | 100.00 | DEBIT CARD PURCHASE | VENMO *Katy Lewis | VISA DIRECT | CARD: 6018202 |
| 07-22 | 50.05 | DEBIT CARD PURCHASE | DICKEYS BBQ TX0627 | KERRVILLE | CARD: 6117004 |
| 07-22 | 16.23 | DEBIT CARD PURCHASE | Amazon Prime*RJ6A804H2 | AMZN.COM/BILL | CARD: 6018202 |
| 07-22 | 86.00 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6117004 |
| 07-22 | 21.63 | DEBIT CARD PURCHASE | FREDDY'S 111-0001 | KERRVILLE | CARD: 6117004 |
| 07-22 | 324.32 | POS DEBIT | THE HOME DEPOT #6576 | KERRVILLE TX | CARD: 6117004 |
| 07-22 | 13.33 | POS DEBIT | THE HOME DEPOT #6576 | KERRVILLE TX | CARD: 6117004 |
| 07-22 | 84.56 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-22 | 228.70 | DEBIT CARD PURCHASE | AUTOZONE 4481 | 800-288-6966 | CARD: 6018202 |
| 07-22 | 443.27 | POS DEBIT | THE HOME DEPOT #6576 | KERRVILLE TX | CARD: 6117004 |
| 07-22 | 30.62 | POS DEBIT | LOWES MARKET #102 | BANDERA TX | CARD: 6018202 |
| 07-22 | 15.44 | POS DEBIT | DOLLAR GENERAL #14989 | BANDERA TX | CARD: 6018202 |
| 07-22 | 220.83 | DEBIT CARD PURCHASE | STATE FARM INSURANCE | 800-956-6310 | CARD: 6018202 |
| 07-22 | 367.90 | DEBIT CARD PURCHASE | S TX CARDIO CONSULT FA | BOERNE | CARD: 6117004 |
| 07-23 | 821.49 | DEBIT CARD PURCHASE | THE HOME DEPOT #6576 | KERRVILLE | CARD: 6117004 |
| 07-23 | 326.88 | DEBIT CARD PURCHASE | DEALERS ELECTRICAL - 1 | KERRVILLE | CARD: 6117004 |
| 07-23 | 2,797.15 | DEBIT CARD PURCHASE | CUATRO T CONSTRUCTION | 830-426-2333 | CARD: 6018202 |
| 07-23 | 45.42 | DEBIT CARD PURCHASE | BANDERA TRUE VALUE | BANDERA | CARD: 6117004 |
| 07-23 | 112.00 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6117004 |
| 07-23 | 212.79 | ELECTRONIC DEBIT | IPFS866-412-2431 IPFSPHTMAW 643483 | | |
| 07-25 | 43.61 | DEBIT CARD PURCHASE | TST* MAMACITAS FREDERI | FREDERICKSBUR | CARD: 6117004 |
| 07-25 | 32.52 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6117004 |
| 07-25 | 30.52 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-25 | 433.23 | POS DEBIT | LOWE'S #1560 | KERRVILLE TX | CARD: 6117004 |
| 07-26 | 25.89 | DEBIT CARD PURCHASE | TACO CASA #20 | KERRVILE | CARD: 6117004 |
| 07-26 | 282.03 | DEBIT CARD PURCHASE | HEVENOR LUMBER COMPANY | BANDERA | CARD: 6018202 |
| 07-26 | 11.89 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-29 | 77.03 | DEBIT CARD PURCHASE | TST* THE DOUGH JOE | BANDERA | CARD: 6117004 |
| 07-29 | 76.05 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6117004 |
| 07-29 | 55.05 | DEBIT CARD PURCHASE | FEDEX277560957102 | COLLIERVILLE | CARD: 6018202 |
| 07-29 | 45.54 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-29 | 17.93 | POS DEBIT | LOWES MARKET #102 | BANDERA TX | CARD: 6018202 |
| 07-29 | 15.05 | DEBIT CARD RECURRING | ONSTAR DATA PLAN AT&T | 888-466-7827 | CARD: 6117004 |
| 07-29 | 200.00 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6117004 |
| 07-29 | 36.10 | POS DEBIT | LOWES MARKET #102 | BANDERA TX | CARD: 6018202 |
| 07-29 | 11.85 | POS DEBIT | DOLLAR GENERAL #14989 | BANDERA TX | CARD: 6018202 |
| 07-29 | 125.00 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6018202 |
| 07-29 | 52.60 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6018202 |
| 07-29 | 519.83 | POS DEBIT | HEVENOR LUMBER C | BANDERA TX | CARD: 6018202 |
| 07-29 | 35.54 | POS DEBIT | MINI MART #2 | BANDERA TX | CARD: 6018202 |
| 07-29 | 83.85 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6117004 |
| 07-29 | 665.25 | POS DEBIT | Bandera Co. TAC | BANDERA TX | CARD: 6117004 |
| 07-29 | 25.00 | ACCOUNT TRANSFER | TO ACCOUNT xxxxx9926 | | |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.



FOR INFORMATION CALL

BIGFOOT LAND PREP, LLC

---

## FROST BUSINESS CHECKING : ACCOUNT NO. 2377 (CONTINUED)

------------------------------ OTHER WITHDRAWALS/DEBITS ------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|------|--------|-------------|-------------|---|---|
| 07-29 | 608.32 | ELECTRONIC DEBIT | GEICO          PREM COLL   1709960330 | | |
| 07-30 | 12.97 | DEBIT CARD PURCHASE | GOV-PAY FEE - BANDERA | SAN ANTONIO | CARD: 6117004 |
| 07-30 | 86.46 | DEBIT CARD PURCHASE | TST* TRAIL BOSS | BANDERA | CARD: 6117004 |
| 07-30 | 16.17 | POS DEBIT | DOLLAR GENERAL #21901 | BANDERA  TX | CARD: 6018202 |
| 07-30 | 125.00 | DEBIT CARD PURCHASE | MINI MART #2 | BANDERA | CARD: 6018202 |
| 07-31 | 61.18 | DEBIT CARD PURCHASE | BANDERA TRUE VALUE | BANDERA | CARD: 6018202 |
| 07-31 | 115.46 | DEBIT CARD PURCHASE | HEVENOR LUMBER COMPANY | BANDERA | CARD: 6018202 |
| 07-31 | 21.01 | POS DEBIT | DOLLAR GENERAL #14989 | BANDERA  TX | CARD: 6018202 |
| 07-31 | 68.21 | POS DEBIT | LOWES MARKET #102 | BANDERA  TX | CARD: 6018202 |
| 07-31 | 36.40 | POS DEBIT | MINI MART #2 | BANDERA  TX | CARD: 6018202 |

------------------------------ DAILY BALANCE ------------------------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06-28 | 29,879.83 | 07-11 | 8,937.61 | 07-23 | 11,630.59 |
| 07-01 | 25,620.63 | 07-12 | 13,865.16 | 07-24 | 10,477.59 |
| 07-02 | 32,836.52 | 07-15 | 29,426.46 | 07-25 | 7,931.17 |
| 07-03 | 31,029.32 | 07-16 | 18,826.99 | 07-26 | 6,361.36 |
| 07-05 | 27,807.31 | 07-17 | 18,732.29 | 07-29 | 13,721.37 |
| 07-08 | 28,614.24 | 07-18 | 18,701.42 | 07-30 | 7,519.77 |
| 07-09 | 27,471.38 | 07-19 | 18,473.33 | 07-31 | 7,217.51 |
| 07-10 | 9,143.69 | 07-22 | 18,190.31 | | |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.



>>>                BIGFOOT LAND PREP, LLC

.            ʷ                                    O

We are here to help you best protect yourself from
fraudsters. If you notice any unusual activity or for
additional information call us 24/7 at (800)513-7678.

| BUSINESS SAVINGS : ACCOUNT NO. | | 3586 | | | | |
|---|---|---|---|---|---|---|
| | DEPOSITS | | | WITHDRAWALS | | |
| BALANCE LAST STATEMENT | NO. | AMOUNT | NO. | AMOUNT | | BALANCE THIS STATEMENT |
| 15,937.25 | 0 | .00 | 2 | 11,000.00 | | 4,937.25 |

------------------------------------ OTHER WITHDRAWALS/DEBITS ------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 07-15 | 4,000.00 | INTERNET FUND TRANSFER | TO ACCOUNT XXXXX2377 |
| 07-29 | 7,000.00 | INTERNET FUND TRANSFER | TO ACCOUNT XXXXX2377 |

-------------------------------- DAILY BALANCE --------------------------------

| DATE | BALANCE | | DATE | BALANCE | | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 06-28 | 15,937.25 | | 07-15 | 11,937.25 | | 07-29 | 4,937.25 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the
Deposit Account Agreement and Other Disclosures.

Please notify us of any changes of address immediately. To change your address, follow these instructions.

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____        Account Number _____
Account Number _____        Account Number _____
Account Number _____        Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| Worksheet | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | | |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | + $ _____ | | |
| 5. **Your Account Balance** | $ _____ | | |
| 6. Enter Your checkbook balance | $ _____ | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| 10. **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.



**rbfcu.org**

**ADDRESS SERVICE REQUESTED**

DORINA J LEWIS
** DO NOT MAIL **

*Direct Inquiries to Member Services:*

**1-800**⎸**.org**
*Routing #: 314089681*

### Declutter your mailbox and go paperless!
Text keyword "paperless" to 968772 to enroll.
For terms, ⎸

RBFCU Online Banking access is required to view your paperless statement.

| PRIMARY SAVINGS SUMMARY | 4272 |
|---|---|

**Savings Rate - 0.30 | *APYE - 0.00

| Previous Statement Balance | Total Credits | Total Debits | Current Statement Balance |
|---|---|---|---|
| $15.00 | $35.13 | $49.13 | $1.00 |

| Primary Savings Account | Deposits & Other Transactions | | | | | |
|---|---|---|---|---|---|
| Date | Description | Amount | Date | Description | Amount |
| 07/12 | Deposit | $35.13 | 07/12 | Withdrawal | -$49.13 |

**Other Information**

| Description | This Period - Savings | YTD - Savings |
|---|---|---|
| Insufficient Funds Fees (Paid) / Courtesy Pay Fees | $0.00 | $0.00 |
| Insufficient Funds Fees (Returned) | $0.00 | $0.00 |
| Dividends | $0.00 | $0.00 |

*APYE:  Annual Percentage Yield Earned.  APYE is calculated based upon account activity and average monthly balance.
** Rate as of statement closing date.

*Please examine your statement upon receipt and report any differences, irregularities, or discrepancies as specified in the RBFCU Membership Agreement.*

THIS PAGE LEFT INTENTIONALLY BLANK - THANK YOU FOR YOUR MEMBERSHIP







# RBFCU★
## rbfcu.org

**ADDRESS SERVICE REQUESTED**

JIMMY R LEWIS JR
DORINA J LEWIS

*Direct Inquiries to Member Services*

*rbfcu.org*
**Routing #: 314089681**

## Declutter your mailbox and go paperless!
Text keyword "paperless" to 968772 to enroll.
For terms, v

RBFCU Online Banking access is required to view your paperless statement.

### PRIMARY SAVINGS SUMMARY 4254
**Savings Rate - 0.30 | *APYE - 0.30

| Previous Statement Balance | Total Credits | Total Debits | Current Statement Balance |
|---|---|---|---|
| $327.82 | $0.03 | $326.82 | $1.03 |

### Primary Savings Account | Deposits & Other Transactions

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07/12 | Withdrawal | -$326.82 | 07/31 | Dividend | $0.03 |

### Other Information

| Description | This Period - Savings | YTD - Savings |
|---|---|---|
| Insufficient Funds Fees (Paid) / Courtesy Pay Fees | $0.00 | $0.00 |
| Insufficient Funds Fees (Returned) | $0.00 | $0.00 |
| Dividends | $0.03 | $0.56 |

### PREFERRED BUSINESS CHECKING SUMMARY 5740
Checking Rate - 0.05 | *APYE - 0.00

| Previous Statement Balance | Total Credits | Total Debits | Current Statement Balance |
|---|---|---|---|
| $235.13 | $0.00 | $235.13 | $0.00 |

### Checking Account Deposits
No activity this statement period.

### Freedom Check Card & Other Transactions

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07/09 | POS W/D  WM SUPERCENTER Wal-Mart Super CentBOERNE     TXUS Card#***1166 | -$200.00 | 07/12 | Closeout By Withdrawal | -$35.13 |

### Checks Cleared
No activity this statement period.

### Other Information

| Description | This Period - Checking | YTD - Checking |
|---|---|---|
| Insufficient Funds Fees (Paid) / Courtesy Pay Fees | $0.00 | $0.00 |
| Insufficient Funds Fees (Returned) | $0.00 | $0.00 |
| Dividends | $0.00 | $0.11 |

*APYE:  Annual Percentage Yield Earned.  APYE is calculated based upon account activity and average monthly balance.
** Rate as of statement closing date.

*Please examine your statement upon receipt and report any differences, irregularities, or discrepancies as specified in the RBFCU Membership Agreement.*



